**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH**

| | | |
|---|---|---|
| PATRICHA MCDAID, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED | ) ) ) ) | 2:21-CV-01135-RJC |
| | ) | |
| Plaintiff, | ) ) | ECF NO. 20 |
| v. | ) ) ) | |
| AVANT, LLC | | |
| Defendant. | | |

### Order on Plaintiff's Motion for Discovery Concerning Defendant's Motion to Compel Arbitration

**AND NOW**, this 26th day of October 2021, in accordance with the foregoing Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Discovery Concerning Defendant's Motion to Compel Individual Arbitration and to Dismiss is **GRANTED IN PART AND DENIED IN PART**. Plaintiff will be allowed 45 days to conduct limited written discovery on the issue of arbitrability as more specifically set forth in the Court's Memorandum Opinion.

**IT IS FURTHER ORDERED** that said discovery shall be completed by **December 10, 2021**.

**IT IS FURTHER ORDERED** that, no later than **December 28, 2021** Defendant shall either refile its Motion pursuant to Rule 56 or notify Plaintiff that it intends to proceed with the Motion as filed. Plaintiff shall have 15 days to file a Response.

**IT IS FURTHER ORDERED** that, in accordance with the Magistrate Judges Act, 28

U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72(a), and Local Civil Rule 72.C.2., the

parties are allowed fourteen (14) days after the date of service of this Order to file objections to

the determinations made herein, which shall specifically designate the parts of the order objected

to and the basis for the objection.  Any party opposing the objections shall have fourteen (14) days

from the date of service of the objections to respond thereto.  Failure to file a timely objection shall

constitute a waiver of any appellate rights.

BY THE COURT:

LISA PUPO LENIHAN
United States Magistrate Judge