## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PATRICHA MCDAID, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.                                             CASE NO. 2:21-cv-01135-LPL

AVANT, LLC f/k/a AVANT, INC.,

      Defendant.

### DEFENDANT AVANT LLC'S MOTION TO STAY DISCOVERY

Defendant Avant, LLC ("Avant" or "Defendant"), by and through its undersigned counsel, for its Motion to Stay Discovery (Motion to Stay) pending the outcome of its Objections to Magistrate Judge Lenihan's Memorandum Opinion on Plaintiff's Motion for Discovery Concerning Defendant's Motion to Compel Arbitration (the "Objections"), states as follows:

1.      On October 26, 2021, Magistrate Judge Lenihan issued an order granting in part and denying in part Plaintiff's Motion for Discovery. (*See* ECF 20, 26, 27.) That ruling permitted Plaintiff, and only Plaintiff, to pursue certain discovery related to arbitrability before responding to Avant's pending Motion to Compel Arbitration. (ECF 14-15.) The discovery period is scheduled to close December 10, 2021. (ECF 27.)

2.      Plaintiff served discovery by email on October 28, 2021. Avant's responses are therefore due November 29, 2021.

3.      On November 9, Avant timely filed its objections to the Magistrate Judge's ruling. (ECF 30.) Avant generally argues that the Magistrate Judge erred in granting the Motion for Discovery and no discovery is warranted based on Plaintiff's failure to come forward with any

facts to dispute the signed, written arbitration agreement (as explained more fully in Avant's Objections (*Id.*; *see also* ECF 22)).

4. If Avant's Objections are sustained in whole or in part, discovery may be disallowed entirely, limited in scope, or otherwise altered in a manner that will impact Plaintiff's pending requests.

5. Alternatively, Avant objected to the Magistrate Judge's ruling to the extent that it allows Plaintiff, but not Avant, to pursue discovery. If any discovery is to proceed, Avant is equally entitled to explore Plaintiff's conduct related to arbitrability. If the Court agrees and allows Avant to issue discovery, the discovery period will necessarily need to be extended.

6. Accordingly, discovery should be stayed pending the outcome of the Objections. Avant should not be required to respond to one-way discovery while the Court considers whether that discovery was properly allowed in the first place, what the proper scope of that discovery should be, and whether Avant is allowed to take discovery, as well. *See, e.g.*, *Unlimited Holdings, Inc. v. Bertram Yacht, Inc.*, 2008 U.S. Dist. LEXIS 82142, at *5 (D.V.I. Oct. 15, 2008) (staying Magistrate Judge's order while objections were pending).

WHEREFORE, for the foregoing reasons, and those set forth in Avant's Objections (ECF 30), Avant respectfully requests that the Court stay discovery pending the outcome of Avant's Objections.

Respectfully submitted this 9th day of November, 2021.

/s/ Devin Chwastyk_ _____

Devin Chwastyk
McNees Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17101
Tel:  717.237.5482
dchwastyk@mcneeslaw.com

Daniel P. Jackson (admitted *pro hac vice*)
Zachary J. Watters (admitted *pro hac vice*)
Jonathon P. Reinisch (admitted *pro hac vice*)
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601-1003
Telephone:  (312) 609-7500
Facsimile:  (312) 609-5005
djackson@vedderprice.com

*Attorneys for Defendant Avant, LLC*

3

**CERTIFICATE OF SERVICE**

I, Devin J. Chwastyk, hereby certify that I have, this 9th day of November, 2021, electronically filed the foregoing with the Clerk of the Court using the ECF system, which caused a copy to be served upon all counsel of record.

/s/ Devin Chwastyk

Devin Chwastyk
McNees Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17101
Tel:  717.237.5482
dchwastyk@mcneeslaw.com

Daniel P. Jackson (admitted *pro hac vice*)
Zachary J. Watters (admitted *pro hac vice*)
Jonathon P. Reinisch (admitted *pro hac vice*)
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601-1003
Telephone:  (312) 609-7500
Facsimile:  (312) 609-5005
djackson@vedderprice.com

*Attorneys for Defendant Avant, LLC*