**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PATRICHA MCDAID, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br><br>AVANT, LLC f/k/a AVANT, INC.,<br><br>      Defendant. | CASE NO. 2:21-cv-01135-LPL |

**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO STAY DISCOVERY**

AND NOW, this ___ day of _____, 2021, after consideration of Defendant Avant, LLC's Motion to Stay Discovery (ECF 31), any response thereto, and any reply in support thereof, it is hereby ORDERED:

1.     The Motion is GRANTED.

2.     All discovery is stayed pending resolution of Defendant Avant, LLC's Objections to Magistrate Judge Lenihan's Memorandum Opinion on Plaintiff's Motion for Discovery Concerning Defendant's Motion to Compel Arbitration (ECF 30 (the "Objections")).

3.     After the Objections are resolved, the Court will set a status hearing to determine if discovery is needed and, if so, to set a new discovery schedule.

BY THE COURT:

_____
J.