IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICHA MCDAID, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br><br>AVANT, LLC f/k/a AVANT, INC.,<br><br>    Defendant. | CASE NO. 2:21-cv-01135-LPL |

### DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO SEAL

1. I am Daniel Jackson, an attorney licensed to practice in the State of Illinois and admitted *pro hac vice* to this Court for these proceedings. My license is in good standing, and I have practiced with the law firm of Vedder Price since 2010.

2. I and my firm are counsel to Defendant Avant, LLC in this matter.

3. Avant has filed a Unopposed Motion to Permit Defendant to File Documents Under Seal with consent of counsel for Plaintiff Patricha McDaid. This Declaration is filed in support of that Motion.

4. The Joint Motion requests permission from the Court for Avant to file under seal certain exhibits to its Renewed Motion to Compel Arbitration.

5. Avant's Renewed Motion to Compel Arbitration and the exhibits attached thereto contain information that Avant has designated "CONFIDENTIAL" or "CONFIDENTIAL ATTORNEY EYES ONLY" pursuant to the Protective Order entered by the Court on March 16, 2022.

6. More specifically, the "CONFIDENTIAL" or "CONFIDENTIAL ATTORNEY EYES ONLY" information includes confidential business information and trade secrets of Avant that are commercially important to Avant and not generally known to their competitors. Disclosing the information in a public forum would place Avant at a competitive disadvantage.

7. The information sought to be sealed includes the following:

   a. Exhibits to the Patel Declaration

      i. Exhibits 11 and 12, which are designated Confidential because they contain Avant's internal and proprietary data related to user interaction with Avant's website, which is competitively sensitive data.

   b. Exhibits to Ryan Declaration

      i. Exhibits 2, 3, 5-11, 13-15, which are designated either Confidential or Confidential Attorneys' Eyes Only, because they are or relate to confidential agreements among Avant, its subsidiaries and other related entities, and/or third parties that are competitively sensitive, reveal Avant's business strategies, and would harm Avant's competitive standing if broadly disclosed.

   c. Exhibits to Jackson Declaration

      i. Exhibits 2-4, which are designated either Confidential or Confidential Attorneys' Eyes Only, because they are confidential agreements among Avant, its subsidiaries and other related entities, and/or third parties that are highly

        competitively sensitive, reveal Avant's business strategies, and would harm Avant's competitive standing if broadly disclosed.

    d. Exhibits to Jensen Declaration

        i. Exhibits 2-5, which are designated Confidential, because they are or relate to confidential agreements among Avant, its subsidiaries and other related entities, and/or third parties that are competitively sensitive, reveal Avant's business strategies, and would harm Avant's competitive standing if broadly disclosed.

8. Avant is seeking to file the documents under seal for a legitimate purpose. Disclosure of these documents and the information contained therein would allow Avant's competitors to better compete for Avant's customers and would reveal the methodologies by which Avant designs its services and contracts and otherwise competes in the marketplace.

9. Avant is a private business entity and public health and safety are not at issue here.

10. The documents do not contain any specific terms or issues that are important or vital to the public. The documents are only important to the parties regarding their private agreement, the arbitrability of their dispute, and Avant's desire to effectively compete in the marketplace.

11. The parties have relied upon a Protective Order to keep the parties' confidential information and trade secrets out of the public realm.

/s/ Daniel Jackson
Daniel Jackson

Dated: April 21, 2022